IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 04-19E |
| | ) | |
| JAMES BRISBON | ) | |

The above named defendant satisfied the judgment of JUNE 8, 2004 by paying on JUNE 12, 2006 the full balance due on his/her court ordered:

       __X__ Assessment
       _____ Fine
       _____ Costs
       _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____   7-14-06
Deputy Clerk                                         Date